UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Petitioner,<br>v.<br>RAKESH PRASAD,<br>  Respondent. | Case No. 16-cv-00376-SK<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>Regarding Docket Nos. 1 |

Before the Court is a verified petition to enforce a summons of the Internal Revenue Service. Good cause having been shown by Petitioner, IT IS HEREBY ORDERED that respondent RAKESH PRASAD appear before this Court located at 450 Golden Gate Avenue, San Francisco, California, on **Wednesday, March 9, 2016 at 9:30 a.m.** (the "Return Date") and show cause as to why respondent should not be compelled to appear and provide documentation and testimony as required by the summons served upon respondent on October 16, 2015.

IT IS ORDERED that a copy of this Order to Show Cause, together with a copy of the Verified Petition to Enforce Internal Revenue Service Summons (Dkt. No. 1), be served upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five days before the Return Date of this Order;

IT IS FURTHER ORDERED that at least twenty-one days before the Return Date, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, and may file any motion Respondent so desires to make. Petitioner may file a response to any motion or issue raised by Respondent no later than fourteen days prior to the Return Date. Those motions and issues raised by the pleadings will be considered on the Return Date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit or

declaration will be considered at the return of this Order and that any uncontested allegation may be considered admitted.

**IT IS SO ORDERED**.

Dated: January 28, 2016



SALLIE KIM
United States Magistrate Judge